UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAINTERS AND ALLIED TRADES DISTRICT COUNCIL NO. 35 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-12026 REK |
| KARAS & KARAS GLASS CO., INC., | ) ) | |
| and | ) ) | |
| KIVA SYSTEMS, INC., | ) ) | |
| Defendants. | ) ) | |

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff hereby files this Stipulation of Dismissal signed by all parties. This Stipulation is filed as a result of an agreement between all the parties to resolve all of the outstanding issues contained the Complaint. This Stipulation is filed with prejudice and with each party bearing its own costs and attorney fees in this matter.

| | |
|---|---|
| Painters And Allied Trades District Council No. 35 Health And Welfare, Pension And Annuity Funds | Karas & Karas Glass Co., Inc. Kiva Systems, Inc. |
| /s/ Michael A. Feinberg<br>Michael A. Feinberg, Esq. | /s/ John F. Welsh<br>John F. Welsh, Esq. |

Dated: September 12, 2005